STATE OF LOUISIANA          *          NO. 2021-K-0230

VERSUS                      *          COURT OF APPEAL

DARIAN BROWN                *          FOURTH CIRCUIT

                            *          STATE OF LOUISIANA

                            *

                            *
                    * * * * * * *


*JCL*    **LOBRANO, J., CONCURS IN THE RESULT**